FILED

APR 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | **5 : 26 CR 0 0 1 9 9** |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 21, United States Code, |
| ARMANI WEBB, . | ) | Sections 841(a)(1) and |
| | ) | (b)(1)(B)(vi) |
| Defendant. | ) | |

**JUDGE BARKER**

COUNT 1
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury charges:

1.     On or about April 8, 2026, in the Northern District of Ohio, Eastern Division, Defendant ARMANI WEBB did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

FORFEITURE

The Grand Jury further charges:

2.     The allegation contained in Count 1 is hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing offense, Defendant ARMANI WEBB shall forfeit to the United States any and all property constituting, or derived from, any

proceeds he obtained, directly or indirectly, as the result of the drug offense charged herein; and any and all of his property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offense charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.